UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA

v.

JEREMIE WESLEY SKORDAHL,

      Defendant.

Case Nos. 6:12-CR-00603-AA
           6:16-CV-00723-AA

**ORDER**

Upon the motion of the government,

IT IS HEREBY ORDERED that the government's motion for a stay until September 19, 2016, absent further order of the Court, pending the Ninth Circuit's decision in *Jacob v. United States*, Case No. 15-73302, is GRANTED. The parties are to submit a status report to the Court within 10 days of a decision.

SO ORDERED this 25 day of May 2016.

                                              _____
                                              ANN AIKEN
                                              United States District Judge

Submitted by:

BILLY J. WILLIAMS
United States Attorney

*s/ Jeffrey S. Sweet*
JEFFREY S. SWEET
Assistant United States Attorney