## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**UNITED STATES OF AMERICA,**                        **Case No. 6:12-cr-00603-AA**

**STIPULATION AND ORDER TO
AMEND PREVIOUSLY-ENTERED
v.                                                    JUDGMENT**

**JEREMIE WESLEY SKORDAHL,**

<u>                                           **Defendant.**</u>

This matter is before the Court on defendant's motion to vacate or correct his sentence
pursuant to 28 U.S.C. § 2255 and *Johnson v. United States,* 135 S. Ct. 2551 (2015). Based on
the filings to date and the interests of justice in this particular case, the parties agree to resolve
this matter, without precedential value in any other case, as follows: the parties agree that the
judgment in this case should be amended to reduce the term of imprisonment from 196 months to
140 months. The parties further agree that all other aspects of the previously-imposed judgment
and commitment order, including the term and conditions of supervised release, should remain
the same.

The parties further agree that the Statement of Reasons should be amended to reflect a
guideline range of 70 to 87 months' imprisonment, based on a Total Offense Level 21 and

Criminal History Category V, with the defendant's agreement to a high-end sentence plus upward variances of 45 months and 8 months, for a total sentence of 140 months.

The parties do not anticipate that defendant will be due for release from custody within the next three weeks, and therefore a release plan is unnecessary at this time.

The defendant has consulted with counsel and agreed to waive his right to a re-sentencing hearing and allocution, and any right he may have to be present for the amendment of his sentence, and stipulates to the provisions above.

Based on the above, and the Court concurring,

IT IS HEREBY ORDERED that an amended judgment and commitment order shall be prepared and entered in accordance with the stipulation of the parties, deleting the previously imposed term of 196 months' incarceration, and replacing it with a sentence of 140 months' incarceration. All other aspects of the judgment and commitment order previously entered in this case, including the term and conditions of supervised release, shall remain in full force and effect.

IT IS FURTHER ORDERED that the Statement of Reasons shall be amended to reflect a guideline range of 70 to 87 months' incarceration, based on a Total Offense Level 21 and Criminal History Category VI, with upward variances of 53 months based on the agreement of the parties.

Based on the agreement of the parties, this Order will not serve as precedential authority in any other case.

\\

\\

\\

**Page 2   STIPULATION AND ORDER TO AMEND PREVIOUSLY-ENTERED JUDGMENT**

\\

\\

Dated this _22_ day of _December_____, 2016.

_Ann Aiken_____

Honorable Ann Aiken
United States District Court Judge

Presented upon agreement of the parties by:

_s/ Craig E. Weinerman_
Craig E. Weinerman
Assistant Federal Public Defender
Counsel for Defendant


BILLY J. WILLIAMS
United States Attorney

_s/ Frank R. Papagni_
Frank R. Papagni
Assistant United States Attorney